

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2014

No. 04-14-00509-CV

Gloria E. **OCHOA**,
Appellant

v.

**NAIL FLOWER BEAUTY SALON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On July 22, 2014, appellant timely filed a notice of appeal from the trial court's June 19, 2014 judgment. On July 29, 2014, appellant filed an affidavit of indigency in this court. It appears appellant did not file her affidavit in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellant's affidavit was therefore due in the trial court on July 22, 2014, the date her notice of appeal was filed, or a motion for extension of time to file the affidavit was due in this court fifteen days later, on August 6, 2014. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construe the affidavit filed in this court as a motion for extension of time to file the affidavit in the trial court. Accordingly, we **GRANT** the motion to extend time to file an affidavit of indigency to pay costs.

We **ORDER** the clerk of this court to send copies of the affidavit and this order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further **ORDER** the deadline for filing a contest to the affidavit of indigence is **August 11, 2014**. **Any contest must be filed in this court.** *See* TEX. R. APP. P. 20.1(e)(1).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2014.



_____

Keith E. Hottle
Clerk of Court